UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ABREU,                                           :
                              Plaintiff,       :
                                          :
                  -against-                       :         21 Civ. 5347 (LGS)
                                          :
GRAND CONCOURSE ESTATES LLC, et. al,    :         <u>ORDER</u>
                            Defendants,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties were ordered to file status letters by October 26, 2021, and November 10, 2021, Dkt. No. 26;

      WHEREAS, the parties have not filed any status letters;

      WHEREAS, the parties have not reached a settlement agreement, Dkt. No. 28.  It is hereby

      **ORDERED** that the parties shall file a joint status letter updating the Court on any development and proposing next steps by **November 18, 2021**.

Dated: November 16, 2021
      New York, New York

                                                          LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE