UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RICHARD ABREU,  :
                    Plaintiff,  :
                      :
        -against-  :    21 Civ. 5347 (LGS)
                      :
GRAND CONCOURSE ESTATES, LLC, et al.,  :    ORDER
                    Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 4, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **June 9, 2022**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences and trial are **CANCELED**.

Dated: May 5, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE