UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD ABREU,

               Plaintiff,

               -against-

GRAND CONCOURSE ESTATES LLC, et al,

               Defendants.

------------------------------------------------------------x

21-CV-5347 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court approved the parties' Settlement Agreement on November 7, 2022. (*See* ECF 61). Accordingly, the Clerk of Court is respectfully directed to close the case and terminate all pending deadlines.

      **SO ORDERED.**

Dated: June 14, 2023
      New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge